#12177-609-RLG



*Attorney of Record:  Richard L. Goldstein, Esq.*
15000 Midlantic Drive ⬥ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☎856-414-6000  ⬥  📠856-414-6077  ⬥  📧 rlgoldstein@mdwcg.com
Attorney for Defendants, Pioneer Education, LLC, Pioneer Education Manager, Inc., and Jolie Health & Beauty Academy

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
### *(Camden Vicinage)*

| | |
|---|---|
| UNITED STATES, ex. rel. SHARON LAMPKIN,<br><br>Plaintiff<br><br>*vs.*<br><br>PIONEER EDUCATION, LLC,<br>PIONEER EDUCATION MANAGER, INC., and<br>JOLIE HEALTH & BEAUTY ACADEMY,<br><br>Defendants. | C.A. No. 1:16-cv-01817-RMB-KMW<br><br><br><br><br>***THIRD PARTY LITIGATION FUNDING DISCLOSURE STATEMENT PURSUANT TO L. CIV. R. 7.1.1(a)(1-3)*** |

Defendants, Pioneer Education, LLC, Pioneer Education Manager, Inc., and Jolie Health & Beauty Academy, state that there is no Third Party Litigation Funding in this case.

MARSHALL DENNEHEY

By:  */s/ Richard L. Goldstein*
      RICHARD L. GOLDSTEIN, ESQ.
      Attorney for Defendants,

LEGAL/140194032.v1

        Pioneer Education, LLC, Pioneer Education Manager, Inc., and Jolie Health & Beauty Academy

        15000 Midlantic Dr., Suite 200
        P.O. Box 5429
        Mount Laurel, NJ  08054
        TEL:  856-414-6000
        FAX:  856-414-6077
        E-MAIL:  rlgoldstein@mdwcg.com

DATED:  <u>August 4, 2021</u>