Franklin J. Rooks, Jr., Esq.
Attorney ID: 023802010
***Morgan Rooks, P.C.***
525 Route 73 North, Suite 104
Marlton, NJ, 08053
Telephone No. (856) 874-8999
Facsimile No. (856) 494-1707
Email: fjrooks@morganrooks.com

Jared A. Jacobson, Esquire
Attorney ID: 022002005
***Jared Jacobson Law, LLC***
144 N. Narbeth Avenue, Suite 502
Narbeth, PA, 19072
Telephone No. (215) 399-0690
Facsimile No. (609) 543-2600
Email: jjacobson@jaredjacobsonlaw.com

Attorneys for Relator

| UNITED STATES ex. rel. SHARON LAMPKIN | : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|---|---|
| *Relator,* | : : | **FILED IN CAMERA AND UNDER SEAL** |
| v. | : : | DOCKET NO. 1:16-CV-01817-RMB-KMW |
| PIONEER EDUCATION, LLC, PIONEER EDUCATION MANAGER, INC., JOLIE HEALTH & BEAUTY ACADEMY | : : : : : | **THIRD PARTY LITIGATION FUNDING DISCLOSURE STATEMENT PURSUANT TO L. CIV. R. 7.1.1(a)(1-3)** |
| *Defendants.* | : : | |

    Relator, Sharon Lampkin, by and through her attorneys, state that there is no Third-Party Litigation Funding in this case.

                                                       Respectfully submitted,

Date: <u>August 9, 2021</u>                  s/Franklin J. Rooks, Jr
                                                       Franklin J. Rooks, Jr., Esquire
                                                       Jared A. Jacobson, Esquire

                                                       *Attorneys for Relator*